IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **NO. 11-619** |
| **ALEXANDER RIVERA,** : | |
| Defendant. : | |
| _____: | |

## ORDER

**AND NOW**, this 13th day of March 2015, upon consideration of Defendant's Motion for Reconsideration of Order Permitting the Government to Introduce Evidence Regarding Possession of Additional Guns [Doc. No. 92] and the government's response thereto, and following oral argument on the motion on March 12, 2015, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART.** The Motion is **GRANTED** as to the pre-arrest evidence of the Defendant's possession of other guns, which is **EXCLUDED** pursuant to Federal Rule of Evidence 404(b). The Motion is **DENIED** as to the post-arrest sound recordings. If Defendant places knowledge at issue during trial by any means, the Court may reconsider this ruling and allow the government to offer any evidence of Defendant's pre-arrest possession of guns that may be appropriate under the circumstances.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe____
CYNTHIA M. RUFE, J.