# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL ACTION** |
| : | **NO. 11-619** |
| **ALEXANDER RIVERA,** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 30th day of October 2015, upon consideration of Defendant Rivera's *pro se* Motion for New Trial [Doc. No. 153] and *pro se* Motion for Arrest of Judgment [Doc. No. 154] and the Government's response in opposition thereto, and the entire record in this case, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motions are **DENIED WITH PREJUDICE**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**